UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TIMOTHY TALAMANTE | **REASSIGNMENT ORDER** |
| Plaintiff, | Case No. 3:24-CV-00509-ART-CLB |
| v. | |
| CHRIS PIAETE, *et al.*, | |
| Defendants. | |
| JUSTIN JOHNSON | Case No. 3:24-cv-00510-ART-CLB |
| Plaintiff, | |
| v. | |
| CHRIS PIAETE, *et al.*, | |
| Defendants. | |
| ERIC BUHL | Case No. 3:24-cv-00580-MMD-CLB |
| Plaintiff, | |
| v. | |
| CHRIS PIAETE, *et al.*, | |
| Defendants. | |
| JAMES LOWE | Case No. 3:25-cv-0130-ART-CLB |
| Plaintiff, | |
| v. | |
| CHRIS PIAETE, *et al.*, | |
| Defendants. | |
| DENNIS R. GARCIA | Case No. 3:25-cv-00233-MMD-CSD |
| Plaintiff, | |
| v. | |
| CHRIS PIAETE, et al., | |
| Defendants. | |
| TEHKI S. BILL | Case No. 2:24-cv-02037-CDS-BNW |
| Plaintiff, | |
| v. | |
| HENLEY, *et al.*, | |
| Defendants. | |

1        The presiding district judges have reviewed the cases named in the caption

2   and determined that they are related. Further, the presiding judges have agreed

3   that there is good cause to reassign them to one district judge under LR 42-1.

4   Reassignment will promote judicial efficiency and not result in prejudice to the

5   parties.

6        It is therefore ordered that Case Nos. 3:24-cv-00580-MMD-CLB, 3:25-cv-

7   00233-MMD-CSD, and 2:24-cv-02037-CDS-BNW are reassigned to Judge Anne

8   R. Traum. The Clerk of Court is directed to update Case Nos. 3:24-cv-00580-

9   MMD-CLB, 3:25-cv-00233-MMD-CSD, and 2:24-cv-02037-CDS-BNW to appear

10  as Case Nos. 3:24-cv-00580-ART, 3:25-cv-00233-ART, and 2:24-cv-02037-ART.

11

12      DATED: July 29, 2025

13

14  _____
                                ANNE R. TRAUM
15                              UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2